[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12442
Non-Argument Calendar
_____

D.C. Docket No. 5:13-cr-00050-ACC-PRL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES ROBERT LESTER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 29, 2016)

Before ED CARNES, Chief Judge, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Michael Nielsen, appointed counsel for Charles Lester in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record, including Lester's *pro se* brief, reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lester's conviction and sentence are **AFFIRMED.**  Additionally, Lester's motions for reconsideration of our earlier order denying his request to dismiss counsel, to dismiss counsel, and to allow him to proceed *pro se* are **DENIED AS MOOT**.